October 16, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CRIMSON EXPLORATION, INC, SUCCESSOR IN INTEREST OF GULFWEST ENERGY, INC., Appellant

NO. 14-11-00754-CV                    V.

SUMMIT INVESTMENT GROUP, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 11, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Crimson Exploration, Inc, Successor in Interest of GulfWest Energy, Inc.

We further order this decision certified below for observance.